HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEO MYRON DICKERSON,<br><br>Defendant. | Cause No. CR 21-181 RSM<br><br>**ORDER PERMITTING EX PARTE FILING AND SEALING OF DECLARATION IN SUPPORT OF MOTION TO PRODUCE PROBATION RECORDS** |

This matter comes before the Court on Defendant's Motion to file defense counsel's declaration in support of Defendant's Motion to Produce Probation Records ex parte and under seal. The court finds that the Defendant has shown good cause for the motion in that the declaration contains counsel's theories regarding his investigation and possible lines of defense.

NOW THEREFORE it is ordered that the Defendant may file the Declaration in Support of his Motion to Produce Probation Records ex parte, and the Clerk is directed to file the declaration under seal.

//

//

ORDER PERMITTING EX PARTE FILING AND SEALING OF DECLARATION IN SUPPORT OF MOTION TO PRODUCE PROBATION RECORDS - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

DONE this 28th day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER PERMITTING EX PARTE
FILING AND SEALING OF
DECLARATION IN SUPPORT OF
MOTION TO PRODUCE PROBATION
RECORDS - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818