HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEO MYRON DICKERSON,<br><br>Defendant. | Cause No. CR 21-181 RSM<br><br>**ORDER DIRECTING PRODUCTION OF U.S. PROBATION RECORDS** |

This matter comes before the Court on the Defendant's Motion to produce certain records of U.S. Probation. The Court finds that the Defendant has shown good cause in his request.

NOW THEREFORE it is ordered that U.S. Probation shall produce all records pertaining to communications between U.S. Probation and representatives of an organization known as Community Passageways that pertain to Defendant Dickerson, including records of phone conversations, emails, and text messages.

//

//

//

//

//

ORDER DIRECTING PRODUCTION OF
U.S. PROBATION RECORDS - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

1 | DONE this 28th day of February, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER DIRECTING PRODUCTION OF
U.S. PROBATION RECORDS - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818