HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LEO MYRON DICKERSON,<br><br>　　　　Defendant. | Cause No. CR21-181 RSM<br><br>**ORDER SEALING<br>SENTENCING MEMORANDUM** |

This matter comes before the Court on the Defendant's Moton Seal to his Sentencing Memorandum and the attachments thereto. The Court finds that there is good cause for the Defendant's request and the Clerk of the Court is therefore directed to the file the Defendant's Sentencing Memorandum and the attachments thereto under seal.

DONE this 1st day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER SEALING SENTENCING
MEMORANDUM - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818