UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR21-181RSM |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| LEO MYRON DICKERSON, | |
| Defendant. | |

The Court has reviewed Defendant's Motion for Reconsideration of Sentence filed March 1, 2024 (Dkt #79). The Court considers the motion to be a Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 821 to the United States Sentencing Guidelines, and ORDERS that the motion be renamed on the docket accordingly.

The Government's Response to the Motion shall be filed not later than 30 days from the date of this Order; the Government's Response shall set the Noting Date for seven days following filing of the Response.

Any Reply Brief shall be filed within seven days after service of the Government's Response.

///

ORDER - 1

The parties may, for good cause, request extensions of this briefing schedule from the Court.

DATED this 4th day of March, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2